

# NUMBER 13-22-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE THE TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

On July 12, 2022, relator The Texas Municipal League Intergovernmental Risk Pool filed a petition for writ of mandamus through which it asserts that the trial court abused its discretion by refusing to enforce a contractual forum selection clause. The Court requests that the real party in interest, the City of Hidalgo, or any others whose interest would be directly affected by the relief sought, file a response to the petition for

writ of mandamus on or before the expiration of ten days from the date of this order. *See*

TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
18th day of July, 2022.